IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRENIECE HARDY-McDUFFIE        :
                                       :
      v.                              :       CIVIL NO. CCB-17-2266
                                       :
UNIVERSITY OF MD MEDICAL SYSTEM   :
                                    ...o0o...

**MEMORANDUM**

Treniece Hardy-McDuffie, representing herself, filed suit in this court on August 9, 2017

alleging racial discrimination in connection with the termination of her employment by the

Maryland General Hospital, d/b/a UMMC Midtown Campus ("UMMC").  UMMC has filed a

motion to dismiss under Fed. R. Civ. P. 12(b)(6).  Despite being given appropriate notice, Hardy-

McDuffie has not responded.

The record establishes that Hardy-McDuffie was terminated for improperly accessing her

ex-husband's medical records in violation of HIPAA.  To establish a *prima facie* case of

discrimination under Title VII, she is required to show an appropriate comparator, i.e. a similarly

situated employee outside of her protected class who received lesser discipline for a similar

offense.[1]  Hardy-McDuffie, who identified herself as Black in her EEOC complaint, named two

other employees she believed committed similar records violations and were not terminated;

those other employees, however, also were identified as Black in her EEOC charge.[2]

In summary, while Hardy-McDuffie may not believe the decision was fair, she proffers

no evidence of racial discrimination and therefore fails to state a claim.  *See Booth v. County*

---

[1] Hardy-McDuffie proffers no direct or circumstantial evidence of discrimination in her complaint.
[2] The motion is properly treated as a motion to dismiss because the only documents referenced are those attached to
and referenced in the complaint.

*Executive*, 186 F. Supp. 3d 479, 486 (D. Md. 2016); *Allen v. Dorchester County, MD*, 2013 WL

5442415, at *15 (D. Md. Sept. 30, 2013).[3]

        Accordingly, the motion to dismiss will be granted by a separate Order.


December 21, 2017                                          /s/                                          
Date                                          Catherine C. Blake
                                                United States District Judge

---

[3] Unpublished opinions are cited for the soundness of their reasoning, not for any precedential value.